```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 16813
    VIVIAN A LYLES
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-3358


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
       The case was filed on 06/30/2008 and was not confirmed.

       The case was dismissed without confirmation 09/29/2008.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                         PAID           PAID
------------------------------------------------------------------------------
SPIEGEL                  NOTICE ONLY     NOT FILED           .00             .00
TEK COLLECT              NOTICE ONLY     NOT FILED           .00             .00
AMERICAN GENERAL         SECURED           1000.00           .00             .00
AMERICAN GENERAL         UNSECURED       NOT FILED           .00             .00
COUNTRYWIDE HOME LOANS   CURRENT MORTG        .00            .00             .00
COUNTRYWIDE HOME LOANS   MORTGAGE ARRE   11006.72            .00             .00
COOK COUNTY COLLECTOR    UNSECURED       NOT FILED           .00             .00
ENTERPRISE RENTA CAR     UNSECURED       NOT FILED           .00             .00
CERTEGY                  UNSECURED       NOT FILED           .00             .00
CITI CARDS               UNSECURED       NOT FILED           .00             .00
CRED PROTECTION ASSOCIAT UNSECURED       NOT FILED           .00             .00
HSBC CARSON              UNSECURED       NOT FILED           .00             .00
ROUNDUP FUNDING LLC      UNSECURED         825.75            .00             .00
BANK OF AMERICA          UNSECURED       NOT FILED           .00             .00
RNB-FIELDS3              UNSECURED       NOT FILED           .00             .00
RNB-FIELDS3              UNSECURED       NOT FILED           .00             .00
SPIEGEL                  UNSECURED       NOT FILED           .00             .00
DOTY NASH FUNERAL        UNSECURED       NOT FILED           .00             .00
COUNTRYWIDE HOME LOANS   MORTGAGE NOTI   NOT FILED           .00             .00
PARK OF RIVER OAKS CONDO SECURED NOT I    4956.43            .00             .00
DEBRA J VORHIES LEVINE   DEBTOR ATTY     3,214.00                            .00
TOM VAUGHN               TRUSTEE                                             .00
DEBTOR REFUND            REFUND                                              .00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 16813 VIVIAN A LYLES
```

```
DEBTOR REFUND                                                           .00
                                      ---------------    ---------------
TOTALS                                            .00                   .00
```

　　Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                        /s/ Tom Vaughn
   Dated: 12/22/08                      _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```